IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-1011
 ((((((((((((((((

 In Re Sarah Kovich, Relator

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The unopposed motion to abate original proceeding, filed on
January 5, 2011, is granted. This case is ABATED pursuant to Texas Rules
of Appellate Procedure 7.2(b).
 2. This case is removed from the Court's active docket until
further order of this Court. The parties shall timely notify this Court of
all events affecting the status of this case, including when the successor
judge has ruled in accordance with Texas Rule of Appellate Procedure
7.2(b). The parties shall file either a status report or motion to dismiss
by March 8, 2011.
 3. The Supreme Court of Texas lifts in part the stay order issued
December 14, 2010 to allow the new trial court judge to reconsider the
November 17, 2010 Order Denying Motion to Dismiss for Lack of Standing in
Cause No. 10-16367-R, styled In the Interest of P.J. and N.J.K., Minor
Children, in the 254th District Court of Dallas County, Texas.

 Done at the City of Austin, this 7th day of January, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk